1018

No. 97–6301. FLOURNOY v. BRANHAM ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6303. HENLEY v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 97–6304. GILBERT v. MOTHERAL, JUDGE, DISTRICT COURT OF TEXAS, HARRIS COUNTY. Sup. Ct. Tex. Certiorari denied.

No. 97–6306. ERDMAN v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6311. CAIN v. STEGALL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6315. SMITH ET VIR v. ELLIOTT. Sup. Ct. Del. Certiorari denied.

No. 97–6317. THOMPSON v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6318. WHITE v. FORTNER, SUPERINTENDENT, OKALOOSA CORRECTIONAL INSTITUTION, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–6322. NELSON v. PETERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6324. EDWARDS v. BREW. C. A. 4th Cir. Certiorari denied.

No. 97–6327. DAVIS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–6328. CALLOWAY v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6329. DUNKLEY v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 97–6331. BUCKNER v. TORO ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6335. BECK v. VIRGINIA. Sup. Ct. Va. Certiorari denied.